# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID L. ZAVASNIK,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MIDWEST BANK as successor in interest to BRIDGEVIEW BANK GROUP, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 1:19-cv-06414<br><br>Honorable Judge Sharon Johnson Coleman |

## AGREED STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Plaintiff, David L. Zavasnik ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and pursuant to Federal Rule of Civil Procedure 41(a)(ii), and with the consent of Defendant, First Midwest Bank as successor in interest to Bridgeview Bank Group Only, hereby voluntarily dismisses his claims against the Defendant, First Midwest Bank as successor in interest to Bridgeview Bank Group, with prejudice.

Dated: December 2, 2019

**DAVID L. ZAVASNIK**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

Respectfully Submitted,

**FIRST MIDWEST BANK AS SUCCESSOR IN INTEREST TO BRIDGEVIEW BANK GROUP**

*/s/ Amy T. Grace (with consent)*
Amy T. Grace
*Counsel for Defendant*
Lowis & Gellen LLP
175 W. Jackson Street
Suite 950
Chicago, Illinois 60604
Phone: (312) 456-8736
agrace@lowis-gellen.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher